HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL ARMOUR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> REBECCA WILSON, et al., <br><br> Defendants. | CASE NO. C12-851RAJ <br><br> ORDER |

This matter comes before the court after considering briefs the parties submitted in accordance with the court's April 22 minute order. The briefs address a dispute over whether the court should permit Plaintiffs' technician to conduct additional analysis of various computer images and other electronic data.

The court's February 13 order placed this litigation on a tight schedule. All electronic data analysis was to take place in a first phase that commenced on February 13 and ended on April 15. The court's order advised the parties as follows:

> If the review of the forensic images during phase one gives rise to a dispute about the completeness of the images or the process by which the technicians prepared them, the parties must first meet and confer about that dispute. If they are unable to resolve it, they may contact the court's in-court deputy clerk to discuss either filing a motion or holding a teleconference to resolve the dispute. *The parties must present all disputes to the court with sufficient time for the court to resolve them before the end of phase one*.

Feb. 13 ord. (Dkt. # 74) at 3 (emphasis added). Plaintiffs' counsel did not contact the court's clerk until April 18, three days after the end of phase one.

ORDER – 1

Plaintiffs' request for relief is untimely, and the court accordingly denies it.

The court has reviewed the briefs, moreover, and determined not only that Plaintiffs could have raised this dispute much sooner if they had begun electronic analysis much sooner, but that Plaintiffs have the opportunity to address most (if not all) of the concerns they identify through written discovery to Defendants or at Defendants' depositions.

DATED this 3rd day of March, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2