The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL ARMOUR and KARI CHASE,

                    Plaintiffs,

        v.

REBECCA WILSON and WARD WILSON,
wife and husband, and their marital community,

                    Defendants.

Case No.  2:12-cv-00851 RAJ

ORDER

        The court GRANTS the parties' stipulated motion (Dkt. # 88) and enters the following

order regarding discovery into Defendants' phone and text message records.

## **ORDER**

1.  The text messages and phone records produced by Defendants shall be deemed protected materials.

2.  Possession of protected materials is limited to the attorneys of record in the above captioned case. Plaintiffs may not share or review protected materials with any other person, including their respective clients, except as described in paragraph 3 & 4.

3.  Plaintiffs may aid their counsel in the review of protected materials relating to communication between Plaintiffs and Defendants, so long as Plaintiffs' counsel takes appropriate steps to prevent disclosure of any other data.

4.  Plaintiffs' counsel may discuss protected materials with their respective clients or witnesses, as long as they do not share the documents or any personal information (included but not limited to, dates of birth, social security numbers and contact information) with Plaintiffs or their respective witnesses.

5.  Protected materials may only be used as evidence in the above captioned proceedings. They may not be used in any other State or Federal Court proceeding.

ORDER
(2:12-cv-00851 RAJ) - 1

LAW OFFICES OF
COSTELLO LAW FIRM, PLLC
1000 SECOND AVENUE, SUITE 1780
SEATTLE, WA  98104-2203
(206)749-5020

6. Plaintiffs' counsel shall keep all protected materials secured whenever they are not being used in furtherance of their work in the above captioned matter.

7. Plaintiffs' counsel must have all filings of protected materials with the Court filed under seal. Any motion to seal protected materials will be made without prejudice to either party.  Nothing in this order shall be construed to suggest that the parties can maintain documents under seal without satisfying the standards of Local Rules W.D. Wash. LCR 5(g).

Dated this 8th day of May, 2013.


_____

The Honorable Richard A. Jones
United States District Court Judge

ORDER
(2:12-cv-00851 RAJ) - 2

LAW OFFICES OF
COSTELLO LAW FIRM, PLLC
1000 SECOND AVENUE, SUITE 1780
SEATTLE, WA  98104-2203
(206)749-5020